UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
LESTER JON RUSTON,                      )
                                        )
            Plaintiff,                  )
                                        )
        v.                              )  Civil Action Nos.  10-0869 (PLF)
                                        )                     10-0799 (PLF)
UNITED STATES SECRET SERVICE,           )                     10-0872 (PLF)
                                        )                     10-1382 (PLF)
            Defendant.                  )                     10-1489 (PLF)
_____ )


ORDER

For the reasons stated in the accompanying Memorandum Opinion and in the

Memorandum Opinion of November 4, 2010, it is

ORDERED that plaintiff's Motion to Vacate Judgment for Fraud Upon the Court

Rule 60(b) is DENIED; and it is

FURTHER ORDERED that this case is DISMISSED.  This is a final appealable

Order.  *See* Rule 4(a), Fed. R. App. P.

SO ORDERED.


                          /s/_____
                          PAUL L. FRIEDMAN
DATE:  December 9, 2010    United States District Judge